tract debts to a certain amount; and that it has a right to borrow money to aid in prosecuting its business. Laws of 1834, p. 85. The debt, for which the securities in question were executed, was a legal corporate debt. From the tenor of those instruments, connected with the facts disclosed by the plea, it seems certain that neither the plaintiff nor defendant contemplated the personal responsibility of the latter at the time of executing the contracts. There is no language in them which has reference to him in his individual capacity; he undertook nothing personally. The engagement was, that "The president and directors of *The Corydon Steam-Mill Company*" would pay, &c; to which promise the defendant subscribed his name as president, and affixed the corporate seal — that being the mode of contracting on the part of the corporation prescribed by its by-laws. It is evident that the adjunct, "president," was not designed by the defendant as mere personal description of himself, but that it was meant to designate the capacity of agent in which he subscribed the contract of his principals. But it is argued that as the corporate name of the institution is "*The Corydon Steam-Mill Company*," the phraseology of the contracts does not designate the corporation. We think otherwise. A promise by the president and directors of "*The Corydon Steam-Mill Company*," made for a corporate debt, executed by the president of the company, as such, under the corporate seal in conformity to its by-laws, is a promise by the corporation, for a violation of which it may be sued by its corporate name. The Circuit Court was right in sustaining the plea.

*Per Curiam.*—The judgment is affirmed with costs.

*H. P. Thornton*, for the appellant.

*C. Fletcher* and *O. Butler*, for the appellee.

*Nov. Term,*
*1839.*

THE STATE
*v.*
TURNER.

---

THE STATE *v.* TURNER.—In error.

THE statute authorizing the clerks of Courts, in vacation, to give "permits" to retail spirituous liquors, &c., does not apply to grocery keepers. Stat. 1832, p. 259.

*Saturday,*
*December* 21.